# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Alhummza Stokes v. City of Chicago, et. al

Case Number: 1:20-cv-04716

An appearance is hereby filed by the undersigned as attorney for:
Kallatt Mohammed

Attorney name (type or print): Eric S. Palles

Firm: Daley Mohan Groble

Street address: 55 W Monroe, Suite 1600

City/State/Zip: Chicago, IL 60603

Bar ID Number: 2136473
(See item 3 in instructions)

Telephone Number: 312-422-5534

Email Address: epalles@daleymohan.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/27/2020

Attorney signature: S/ Eric S. Palles

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015